MAX MAYER, Doing Business under the Name of SILVER LADY COMPANY, Respondent, *v.* JAC. FEINBERG & SON, INC., Appellant.

Argued October 18, 1943; decided December 2, 1943.

*Harold L. Fierman* and *Milton Kunen* for appellant.
*Irving Moldauer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.